# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| GLENN A. ROUSE, #263004, | ) | |
| | ) | C/A No.: 6:11-cv-734 DCN |
| Petitioner, | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MICHAEL MCCALL, WARDEN, PERRY | ) | |
| CORRECTIONAL INSTITUTION, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

This matter is before the court pursuant to petitioner's Motion for Clarification of the Order affirming the Magistrate Judge's Report and Recommendation, and granting the Motion for Summary Judgment. This motion was filed on March 20, 2013. As stated in its February 15, 2013 Order denying petitioner's Motion for Reconsideration, the court considered petitioner's objections to the Report and Recommendation as filed on time. The order granting the Motion for Summary Judgment was not based on the timeliness of the objections, but rather the arguments set forth by the parties and the recommendation of the Magistrate Judge. It is therefore

**ORDERED**, that the petitioner's Motion for Clarification is **DENIED.**

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

March 27, 2013
Charleston, South Carolina